Argued and submitted July 9, affirmed as modified August 1, 1984

STATE ex rel SCHRUNK,
*Respondent,*

*v.*

HOLM et al,
*Defendants.*
WONG,
*Appellant.*

(A 8208-04785; CA A30249)

685 P2d 477

Wayne Mackeson, Portland, argued the cause for appellant. With him on the briefs was Des Connall, Portland.

Philip Schradle, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Gillette, Presiding Judge, Joseph, Chief Judge, and Young, Judge.

PER CURIAM

## PER CURIAM

This is an action to abate, as a nuisance, the use by defendant Wong of certain locations in Multnomah County as places of prostitution. The trial court abated the nuisance and enjoined defendant "from maintaining and conducting as a place for lewdness, assignation and prostitution, the premises [in question] *or [premises] anywhere else within Multnomah County, Oregon.*" (Emphasis supplied.) On this appeal, defendant maintains that inclusion by the court of the underlined phrase exceeds the court's authority under the pertinent statutes, ORS 465.110 and 465.120. We agree. The emphasized portion of the trial court's injunction is deleted. As modified, the judgment is affirmed.